# United States District Court
## Northern District of New York

### JUDGMENT IN A CIVIL CASE

George Newman, III; et al.,

               V.               CASE NUMBER: 5:04-CV-689(NAM)

Official Committee of Unsecured Creditors
of Endicott Johnson Corporation, HM Father
and Son Shoe, Inc., and Father & Son Shoe Stores, Co.

**[ ]**        **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[XX]**     **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Appellee against Appellants pursuant to the Memorandum-Decision and Order of the Hon. Norman A. Mordue dated July 5, 2005, that the Memorandum-Decision, Findings of Fact, Conclusions of Law and Order of Hon. Stephen D. Gerling, Chief US Bankruptcy Judge NDNY, dated January 26, 2004, is affirmed in all respects.

DATED:    July 5, 2005

*[signature]*
Clerk of Court

LKB:lmp